FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN PAUL HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC CARPENTER,<br><br>    Defendant. | No. 2:24-CV-00009-SAB<br><br>**ORDER RE: PENDING MOTIONS** |

Before the Court are Petitioner's Motion for Reconsideration, ECF No. 8, and Motion for Temporary Release and Motion to Amend Petition, ECF No. 12 and Motion to Appoint Counsel, ECF No. 16. Petitioner is a civil detainee at Eastern State Hospital and is representing himself. The State of Washington is represented by Amy Flanigan.

On January 10, 2024, Petitioner filed a Writ of Habeas Corpus, ECF No. 1. On February 9, 2024, the Court granted Petitioner's Application to Proceed In Forma Paueris and directed the State of Washington to respond. ECF No. 6. The State filed its response on March 25, 2024, and it remains pending before this Court.

### A. Motion for Reconsideration

In his Motion, Petitioner clarified that he is not challenging a criminal conviction, rather he is challenging a civil commitment. Because of this, Respondent asks for additional time to allow it to transfer the case to the Social and

**ORDER RE: PENDING MOTIONS** ~ 1

1 Health Services Division to respond to the Petition.

It does not appear the Court needs to address the motion. Respondent has clarified the confusion and has filed its Response to the Petition. The Court will address Petitioner's allegations when it rules on his Habeas Petition.

**B. Motion for Temporary Release and Motion to Amend Petition**

Petitioner asks the Court to release him from confinement during the pendency of his habeas petition. He states he was assaulted by twenty staff at Eastern State Hospital (ESH) and was assaulted by another patient.

At this stage of the proceeding, Petitioner has not shown that extraordinary circumstances or that he has a high probability for success to justify releasing Petitioner from confinement. *See Land v. Deeds,* 878 F.2d 318, 318 (9th Cir. 1989) ("Bail pending a decision in a habeas case is reserved for extraordinary cases involving special circumstances or a high probability of success.").

Petitioner asks leave of the Court to amend his Habeas Petition to add two claims: (1) failure to receive medical treatment for a back injury; and (2) failure to accommodate his religious practice. These claims do not challenge the validity of his confinement but instead focus on the conditions of his confinement at ESH. As such, the Court declines to permit Petitioner to amend his Petition to add these claims. *See Nettles v. Grounds*, 830 F.3d 922, 931 (9th Cir. 2016) ("Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus; requests for relief turning on circumstances of confinement may be presented in a § 1983 action.").

**C. Motion for Appointment of Counsel**

Petitioner asks the Court to appointment of standby counsel. At this stage of the proceeding, Petitioner has not shown the Court should appoint him counsel. The Court has not determined whether an evidentiary hearing is required, and it does not appear this case is so complex that denial of counsel would result in the denial of due process. The Court will revisit this request after it has reviewed the

**ORDER RE: PENDING MOTIONS ~ 2**

habeas petition.

Accordingly, **IT IS HEREBY ORDERED:**

1. Petitioner's Motion for Reconsideration, ECF No 8., is **DENIED**, as moot.

2. Petitioner's Motion for Temporary Release and Motion to Amend Petition, ECF No. 12, is **DENIED**.

3. Petitioner's Motion for Appointment of Counsel, ECF No. 16, is **DENIED**, with leave to renew.

4. Petitioner may file a Reply to his Habeas Petition within thirty (30) days from the date of this Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to Plaintiff and counsel.

**DATED** this 8th day of April 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: PENDING MOTIONS** ~ 3